| AOC- 060 | | Case No. 14-CI-106 |
|---|---|---|
| Rev. 12-10 | | Court Circuit |
| Page 1 of 1 | **CERTIFICATION OF COURT RECORDS** | County Madison |
| Commonwealth of Kentucky | | |
| Court of Justice    www.courts.ky.gov | | |

John Hanson _____    **PLAINTIFF/PETITIONER**

VS.

Madison County _____ Detention _____ Center _____    **DEFENDANT/RESPONDENT**

I, Darlene Snyder _____ ,

Clerk of the Madison Circuit _____ Court, do certify that the following are true and correct copy(s) of the:

Copy of entire record, 14-CI-106.

IN TESTIMONY WHEREOF, witness my hand as Clerk aforesaid, March _____ 13 , 2014 .

Darlene Snyder _____ Clerk

By: _~signature~_____ D.C.


**UNITED STATES**
**POSTAL SERVICE**

MADISON COUNTY DETENTION
CENTER
107 WEST IRVINE STREET
RICHMOND, KY 40475
14-CI-106  DIV II

330

Date Produced: 03/03/2014

MADISON CO CIRCUIT COURT CLERK:

The following is the delivery information for Certified Mail™ item number 7199 9991 7031 4849 1685. Our records indicate that this item was delivered on 02/24/2014 at 10:44 a.m. in RICHMOND, KY 40475. The scanned image of the recipient information is provided below.

Signature of Recipient :   Dina Pingleton
Tina Pingleton

Address of Recipient :   107 W. Irv St.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 1375883 2126732314ci106


**UNITED STATES**
**POSTAL SERVICE**

JOSHUA NAPIER
107 WEST IRVINE STREET
RICHMOND, KY 40475
14-CI-106 DIV II
C/O MADISON COUNTY DETENTION
CENTER

Date Produced: 03/03/2014

MADISON CO CIRCUIT COURT CLERK:

The following is the delivery information for Certified Mail™ item number 7199 9991
7031 4849 1630. Our records indicate that this item was delivered on 02/24/2014 at
10:44 a.m. in RICHMOND, KY 40475. The scanned image of the recipient information is
provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 1375883 2126732314ci106


**UNITED STATES**
**POSTAL SERVICE**

BRIAN STAGGS
107 WEST IRVINE STREET
RICHMOND, KY 40475
14-CI-106 DIV II
C/O MADISON COUNTY DETENTION
CENTER

Date Produced: 03/03/2014

MADISON CO CIRCUIT COURT CLERK:

The following is the delivery information for Certified Mail™ item number 7199 9991
7031 4849 1647. Our records indicate that this item was delivered on 02/24/2014 at
09:42 a.m. in RICHMOND, KY 40475. The scanned image of the recipient information is
provided below.

Signature of Recipient :

*Beth Hudson*

Address of Recipient :

*101 WEST MAIN STREET*

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 1375883 2126732314ci106


**UNITED STATES**
**POSTAL SERVICE**

DOUG THOMAS
107 WEST IRVINE STREET
RICHMOND, KY 40475
14-CI-106 DIV II
C/O MADISON COUNTY DETENTION
CENTER

Date Produced: 03/03/2014

MADISON CO CIRCUIT COURT CLERK:

The following is the delivery information for Certified Mail™ item number 7199 9991 7031 4849 1661. Our records indicate that this item was delivered on 02/24/2014 at 10:44 a.m. in RICHMOND, KY 40475. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 1375883 2126732314ci106


**UNITED STATES**
**POSTAL SERVICE**

TIMOTHY WHITAKER
107 WEST IRVINE STREET
RICHMOND, KY 40475
14-CI-106 DIV II
C/O MADISON COUNTY DETENTION
CENTER

*329*

Date Produced: 03/03/2014

**MADISON CO CIRCUIT COURT CLERK:**

The following is the delivery information for Certified Mail™ item number 7199 9991 7031 4849 1654. Our records indicate that this item was delivered on 02/24/2014 at 10:44 a.m. in RICHMOND, KY 40475. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 1375883 2126732314ci106

Darlene Snyder
P O Box 813
Richmond KY 40476

91 7199 9991 7031 4849 1678

NIXIE

404752015-1N        02/26/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

MADISON COUNTY KENTUCKY
101 WEST MAIN STREET
RICHMOND, KY 40475
14-CI-106 DIV II (KENT CLARK)

| AOC-105 Doc. Code: CI | | Case No. 14-CI-106 |
| Rev. 1-07 | | Court ☑ Circuit ☐ District |
| Page 1 of 1 | | County Madison DIV. II |
| Commonwealth of Kentucky | | |
| Court of Justice   www.courts.ky.gov | CIVIL SUMMONS | |
| CR 4.02; CR Official Form 1 | | |

**PLAINTIFF**

John Hanson

COPY

**VS.**

**DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Madison County Detention Center

107 West Irvine Street

| Richmond | Kentucky | 40475 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____2/21_____, 20_14_   _____Clerk

By: _____D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.   Served by: _____

_____Title

| AOC-105                Doc. Code: CI | | Case No. | 14-CI-106 |
| Rev. 1-07 | | Court | ✓ Circuit    District |
| Page 1 of 1 | | | |
| Commonwealth of Kentucky | | County | Madison    Div II |
| Court of Justice   www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | | |

**PLAINTIFF**

John Hanson

**VS.**

**DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Unknown Deputy Jailer, Individually, and in his Official Capacity as Madison County Deputy Jailer

Madison County Detention Center

107 West Irvine Street

| Richmond | | Kentucky | 40475 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____2/21_____, 2 014    _____Clerk

By: _____D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

| AOC-105     Doc. Code: CI | | Case No. 14-CI-106 | |
|---|---|---|---|
| Rev. 1-07 | | Court | ✓ Circuit ☐ District |
| Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov | | County | Madison Div.-II |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | | |

**PLAINTIFF**

John Hanson

COPY

**VS.**

**DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Madison County, Kentucky

Kent Clark, Judge Executive, Madison County Courthouse

101 West Main Street

Richmond           Kentucky           40475

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

       You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

       The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___2/31___, 2 _014_      _____ Clerk

                         By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2 _____.     Served by: _____

                                               _____ Title

| AOC-105          Doc. Code: CI | COMMONWEALTH OF KENTUCKY | Case No. _14-CI-106_ |
|---|---|---|
| Rev. 1-07 | | Court ☑ Circuit ☐ District |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County   Madison   DIV II |
| Court of Justice   www.courts.ky.gov | **CIVIL SUMMONS** | |
| CR 4.02; CR Official Form 1 | | |

**PLAINTIFF**

John Hanson

COPY

**VS.**                                                    **DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Doug Thomas, Individually, and in his Official Capacity as Madison County Jailer

Madison County Detention Center

107 West Irvine Street

Richmond                                Kentucky          40475

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _2/21_, 2014                    _____ Clerk

                                      By: _____ D.C.

---

| **Proof of Service** |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this _____ day of _____, 2_____.    Served by: _____ |
| _____ Title |

| AOC-105 | Doc. Code: CI | | | Case No. | 14-CI-106 |
|---|---|---|---|---|---|
| Rev. 1-07 | | | | Court | ✓ Circuit ☐ District |
| Page 1 of 1 | | | | County | Madison  DIV. II |
| Commonwealth of Kentucky | | | **CIVIL SUMMONS** | | |
| Court of Justice   www.courts.ky.gov | | | | | |
| CR 4.02; CR Official Form 1 | | | | | |

**PLAINTIFF**

John Hanson

**VS.**

**DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Timothy Craig Whitaker, Individually, and in his Official Capacity as Madison County Deputy Jailer

Madison County Detention Center

107 West Irvine Street

| Richmond | | Kentucky | 40475 |
|---|---|---|---|

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____2/21____, 2014                                      _____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

| | | | | Case No. 14-CI-106 |
|---|---|---|---|---|
| AOC-105 Doc. Code: CI | | | | Court ☑ Circuit ☐ District |
| Rev. 1-07 | | | | County Madison |
| Page 1 of 1 | | | | |
| Commonwealth of Kentucky | | COMMONWEALTH OF KENTUCKY | | |
| Court of Justice   www.courts.ky.gov | | COURT OF JUSTICE | | |
| CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | | |

**PLAINTIFF**

John Hanson

VS.                                                                                     **DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Brian Staggs, Individually, and in his Official Capacity as Madison County Deputy Jailer

Madison County Detention Center

107 West Irvine Street

Richmond                                          Kentucky                    40475

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2 0 14                    _____ Clerk

                                                              By: _____ D.C.

| **Proof of Service** |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: _____ |
| this _____ day of _____, 2_____.      Served by: _____ |
|                                                                          _____ Title |

| AOC-105        Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | COMMONWEALTH OF KENTUCKY<br>COURT OF JUSTICE<br><br>**CIVIL SUMMONS** | Case No. _14-CI-100_<br>Court ☑ Circuit ☐ District<br>County  Madison DIV II |

**PLAINTIFF**

John Hanson

VS.

**DEFENDANT**

Madison Co. Detention Center; Madison Co., KY; Doug Thomas, Individually, and in his Official Capacity as

Madison Co. Jailer; and Timothy Craig Whitaker, Brian Staggs, Joshua Napier,

and Unknown Deputy Jailer, Individually, and in their Official Capacities as

Madison Co. Deputy Jailers

**Service of Process Agent for Defendant:**

Joshua Napier, Individually, and in his Official Capacity as Madison County Deputy Jailer

Madison County Detention Center

107 West Irvine Street

Richmond                                             Kentucky              40475

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____2/21_____, 2 _014_                    _Darlene Snyder_____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: _____

this _____ day of _____, 2_____.          Served by: _____

_____ Title

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CASE NO. 14-CI-106
DIV II



JOHN HANSON                                                    PLAINTIFF

vs.                    **COMPLAINT AND JURY DEMAND**

MADISON COUNTY DETENTION CENTER                DEFENDANTS
Serve process agent at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

MADISON COUNTY, KENTUCKY
Serve through:
Kent Clark, Judge Executive
Madison County Courthouse
101 West Main Street
Richmond, KY 40475

DOUG THOMAS, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
MADISON COUNTY JAILER
Serve at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

TIMOTHY CRAIG WHITAKER, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
MADISON COUNTY DEPUTY JAILER
Serve at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

BRIAN STAGGS, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
MADISON COUNTY DEPUTY JAILER
Serve at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

I HEREBY CERTIFY THE FOREGOING TO BE A
TRUE AND CORRECT COPY OF THE OFFICE OF THE
MADISON CIRCUIT CLERK
WITNESS MY HAND AND A SEAL
THIS 27 DAY OF February, 2014
DARLENE G. SNYDER, CLERK
MADISON CIRCUIT/DISTRICT/FAMILY COURTS
BY:_____ D.C.

JOSHUA NAPIER, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
MADISON COUNTY DEPUTY JAILER
Serve at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

UNKNOWN DEPUTY JAILER, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
MADISON COUNTY DEPUTY JAILER
Serve at:
Madison County Detention Center
107 West Irvine Street
Richmond, KY 40475

** ** ** ** ** ** ** ** ** ** **

1.      Plaintiff John Hanson ("Plaintiff") is a resident of Dayton, Montgomery County, Ohio.

2.      Defendant Madison County Detention Center is a county detention center located in Madison County, Kentucky at 107 West Irvine Street, Richmond, Kentucky 40475.

3.      Defendant Madison County, Kentucky is located in Kentucky and its service of process agent, pursuant to KRCP 4.04(7) is Kent Clark, Judge Executive for Madison County, located at 101 West Main Street, Richmond, Kentucky 40475.

4.      Defendant Doug Thomas is and was, at all times relevant to the allegations set forth herein, jailer of the Madison County Detention Center, located at 107 West Irvine Street, Richmond, Kentucky 40475.

5.      Defendant Timothy Craig Whitaker is and was, at all times relevant to the allegations set forth herein, a deputy jailer at the Madison County Detention Center.

6.      Defendant Brian Staggs is and was, at all times relevant to the allegations set forth herein, a deputy jailer at the Madison County Detention Center.

7.     Defendant Joshua Napier is and was, at all times relevant to the allegations set forth herein, a deputy jailer at the Madison County Detention Center.

8.     Defendant Unknown Deputy Jailer is and was, at all times relevant to the allegations set forth herein, a deputy jailer at the Madison County Detention Center.

9.     Plaintiff was involved in an altercation outside Jerzees, a cocktail bar/lounge in Richmond, Kentucky, with an individual believed to be a bouncer of Jerzees, and Plaintiff was thereafter arrested by an officer of the Richmond Police Department.  Plaintiff was charged with disorderly conduct, a misdemeanor.

10.     Plaintiff was taken to, and was subsequently incarcerated at, the Madison County Detention Center, following his arrest.

11.     During the booking process at Madison County Detention Center, Defendant Brian Staggs grabbed Plaintiff by the throat/neck, choking him, and forcing him backwards, causing Plaintiff's body and head to hit a wall.  Plaintiff did not threaten or act in a combative manner towards Defendant Staggs nor anyone else standing by during the booking process.

12.     Thereafter, Defendants Whitaker, Napier, and Unknown Deputy Jailer joined Defendant Staggs (collectively "deputy jailer Defendants") and also made physical contact with Plaintiff, and Plaintiff was subsequently restrained by one or more of deputy jailer Defendants in a head-lock maneuver, during which time Defendant Timothy Craig Whitaker forcefully choked Plaintiff for an extended period of time, despite Plaintiff's being restrained and not fighting back or resisting, causing Plaintiff's face to change colors as he was deprived of oxygen.

13.     Plaintiff was thereafter forced into a restraint chair by deputy jailer Defendants and was kept there for a period of time, and was moved to various locations within the Madison County Detention Center.

14.     Plaintiff was placed in a holding cell by deputy jailer Defendants, where he subsequently lost consciousness.  When he awoke, he was on the floor of his cell and smelling salts were being utilized by one or more of deputy jailer Defendants, and one or more of deputy jailer Defendants sprayed pepper-spray into Plaintiff's face, including his eyes and mouth, despite the fact that Plaintiff was not resisting or being physically threatening or combative.

15.     Plaintiff was then dragged into another room, where two or more of deputy jailer Defendants pinned Plaintiff against the wall by each arm, and one or more of deputy jailer Defendants used a taser on stunning device on Plaintiff's abdomen repeatedly, despite the fact that Plaintiff was not resisting or being physically threatening or combative.

16.     Deputy jailer Defendants' violent use of the taser or stunning device caused injuries to Plaintiff's abdominal area, internally and externally.

17.     Deputy jailer Defendants' pinning Plaintiff against the wall while he was being tased or stunned caused severe injury to Plaintiff, including a labrum tear in his right shoulder.

18.     Plaintiff repeatedly asked for medical attention, which was denied to him by deputy jailer Defendants, despite Plaintiff's serious injuries.

19.     Plaintiff asked to use the bathroom, and his request was denied by deputy jailer Defendants, thus causing Plaintiff to evacuate his bladder on himself.

20.     Plaintiff was released the next morning from Madison County Detention Center, barefoot (as his shoes were denied him by the Richmond Police Department police officer during Plaintiff's arrest, following the altercation), and was told by deputy jailer Defendants and/or other Madison County Detention Center staff to exit the building (Plaintiff was trying to make a phone call).

21.     Plaintiff subsequently spent approximately 4-5 days in the hospital due to the

4

traumatic injuries caused by Defendants.

22.     Plaintiff suffered psychological damages as well as the aforementioned physical damages, due to Defendants' actions.

23.     Plaintiff now seeks damages for physical and emotional pain and suffering, medical expenses, as well as all other damages and relief to which Plaintiff may appear entitled, which exceed the jurisdictional limits of this Court.

### Negligent Infliction of Emotional Distress and Outrageous Conduct

24.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

25.     Deputy jailer Defendants owed a duty of care towards Plaintiff, and breached that duty by their actions described above, thereby causing severe and serious emotional injury to Plaintiff.

26.     Deputy jailer Defendants' actions were the factual and legal/proximate cause of Plaintiff's emotional injury.

27.     Plaintiff's resulting emotional injury was severe and serious because a reasonable person, normally constituted, would not be expected to endure the mental stress engendered by deputy jailer Defendants' actions.

28.     Deputy jailer Defendants' conduct was reckless, outrageous, and extreme, as well as intolerable, because it offends the generally accepted standards of morality and decency.

29.     Plaintiff's resulting emotional distress was extreme and severe.

### Defendants' Breach of Duty and Negligence under KRS 71.020 et seq.

30.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

31.     Pursuant to KRS 71.020, Defendant Doug Thomas has the "custody, rule and charge of the [Madison County Detention Center] and of all persons in the jail and shall keep the same himself or by his deputies."

32.     Defendant Thomas and the deputy jailer Defendants have a duty to exercise reasonable and ordinary care and diligence to prevent unlawful injury to a prisoner placed in their custody.

33.     Defendant Thomas and the deputy jailer Defendants breached this duty by negligently and improperly restraining Plaintiff, allowing and/or causing him to lose consciousness, refusing to grant him proper medical treatment, and refusing to allow him to use the bathroom facilities.

34.     Deputy jailer Defendants acted negligently and failed to exercise reasonable care by using unreasonable, unnecessary, and excessive force against Plaintiff in restraining him, waking him from his state of unconsciousness, tasing him, using pepper-spray, and in its other actions towards Plaintiff.

35.     Defendant Thomas and deputy jailer Defendants acted negligently in their individual capacities and in their official capacities, and breached a duty owed by jailers and deputy jailers to protect the inmates and or detainees of their facility and to exercise reasonable care in doing so.

36.     Defendant Thomas knew, or had reason to know, of the deputy jailer Defendants propensity or custom of such violent, abusive, and unlawful behavior, and breached his duty to use the means at his command to prevent such unlawful acts, by failing to so prevent.

37.     Defendant Madison County and Defendant Madison County Detention Center are to be held liable for the other Defendants' negligence and breach of duties, by principles of

agency and/or directly.

<strong><u>Negligence</u></strong>

38.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

39.     Deputy jailer Defendants owed a duty to Plaintiff, to protect him from harm and to treat him fairly and lawfully.

40.     Deputy jailer Defendants breached that duty by using excessive physical force on Plaintiff, by placing Plaintiff in harm's way, and by allowing him to remain in harm's way.

41.     Deputy jailer Defendants' breach of their duty was the factual and legal cause of Plaintiff's injuries and harm caused to him.

42.     Plaintiff suffered damages as a result.

43.     Defendant Madison County and Defendant Madison County Detention Center are to be held liable for the other Defendants' negligence and breach of duties, by principles of agency and/or directly.

<strong><u>Negligent Supervision, Negligent Hiring, and Negligent Training</u></strong>

44.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

45.     Defendants Madison County, Madison County Detention Center, and Jailer Doug Thomas were negligent in their supervision of deputy jailer Defendants.   Deputy jailer Defendants were also negligent in the supervision of each other.

46.     Defendants Madison County and Madison County Detention Center were negligent in their hiring, training and supervision of the jailer, Defendant Doug Thomas, and all these Defendants were negligent in their hiring, training and supervision of deputy jailer

7

Defendants.

47.     Deputy jailer Defendants are directly liable for their tortious and unconstitutional conduct, as described throughout this Complaint, and Defendants Madison County, Madison County Detention Center, and Jailer Doug Thomas are liable for the actions of deputy jailer Defendants on a respondeat superior theory, as well as directly for the aforementioned negligence.

48.     Defendants Madison County, Madison County Detention Center, and Doug Thomas owed a duty to Plaintiff to use ordinary and reasonable care in properly hiring, training and supervising deputy jailer Defendants, and breached that duty by failing to use ordinary and reasonable care in hiring, training and supervising deputy jailer Defendants and allowing the aforementioned events to take place.

### Violation of 42 U.S.C. 1983 and the Eighth and Fourteenth Amendments

49.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

50.     Defendants, with deliberate indifference, exposed Plaintiff to an unreasonable, substantial, and excessive risk of serious harm and serious damage to his future health and safety by using excessive physical force on Plaintiff and by placing Plaintiff in a situation where he would continue to suffer same.

51.     Defendants knew that Plaintiff was being subjected to such actions, and yet Defendants disregarded the risk and failed to take reasonable measures to abate it.

52.     The risk to which Plaintiff was exposed is one which society is not willing to tolerate, and is unreasonable as it offends societal standards of decency.

53.     Defendants' conduct was reckless.

54.     Pursuant to 42 U.S.C. § 1983, Defendants are liable for their violations of Plaintiff's constitutional rights.

55.     Defendants' actions constitute violations of the Eighth Amendment, made applicable to the states by the Fourteenth Amendment.

56.     Defendants are liable for the actions of their subordinates because Defendants directly participated in the unconstitutional conduct described in paragraphs 49 through 55, encouraged it, implicitly authorized it, approved it, and/or knowingly acquiesced in it.

### Assault and Battery

57.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

58.     Deputy jailer Defendants intentionally and unlawfully threatened Plaintiff with unwanted, harmful and/or offensive touchings.

59.     Deputy jailer Defendants acted with a manifest intention to cause the harmful and/or offensive touchings.

60.     Plaintiff was aware of, apprehensive of, and fearful of such touchings.

61.     Deputy jailer Defendants intentionally and unlawfully caused unwanted and non-consensual touchings to the person of Plaintiff.

### Intentional Infliction of Emotional Distress

62.     Plaintiff hereby incorporates all of the factual and legal allegations asserted in the prior paragraphs.

63.     Deputy jailer Defendants acted intentionally and/or recklessly towards Plaintiff in causing Plaintiff to sustain emotional distress.

64.     Deputy jailer Defendants' conduct was outrageous and extreme, as well as intolerable, because it offends the generally accepted standards of morality and decency.

65.     Deputy jailer Defendants' conduct has caused Plaintiff emotional distress.

66.     Plaintiff's resulting emotional distress was severe.

WHEREFORE, Plaintiff, John Hanson, hereby requests:

A.      Judgment against all Defendants for physical and emotional/mental damages and pain and suffering, humiliation and embarrassment, for inconvenience, compensatory damages, punitive damages, and attorney's fees and interest.

B.      Trial by jury.

C.      Pre-judgment and post-judgment interest against all Defendants.

D.      Any and all other relief to which Plaintiff appears entitled.

Respectfully Submitted:

M. AUSTIN MEHR
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830

*Counsel for Plaintiff*

10

**Commonwealth of Kentucky**
**Madison County**
**Darlene G. Snyder**
**Circuit Court Clerk**

---

Receipt Number: 03-0043276-A

DATE: 02/21/2014

TIME: 11:42 AM

*** (I) CIRCUIT CIVIL-FILING ***

CASE NO: 14-CI-00106

RECEIVED FROM: MEHR TRIAL LAWYERS

ACCOUNT OF: JOHN HANSON VS MCDC

---

| | | |
|---|---|---:|
| 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (1) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 1.00 |
| 5. | Court Facilities Fee ([) | 25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | 5.00 |
| 7. | Jury Demand /12 CS(W(M)) | 60.00 |
| 8. | Copy-Photocopy CS(W(F)) | 41.46 |

TOTAL:        $277.46

CHECK:        $277.46

***DIFF:        0.00

*** Check Number: 1236

Prepared By: teresa_anglin

** MCFO=Money Collected for Others

** CS=Charge for Services

Filing (KYCOURTS)        Page 1 of 1

# ᴍADISON Circuit County

# Random Judge Assignment Report

**Court:** | Circuit Court

**Requestor:** | TERE    **Reference/Case Number:** | 14-CI-106

**This Case has been Assigned to:** | 2 | **Division**

Judge Jean Chenault Logue    625304

**Control Date/Time:** | 02/21/2014  11:35:17AM

**Date Printed:**  02/21/2014          **Time Printed:**  11:35:18AM          **Page:**  1