E. Eugene Miller
Washington, D.C.
February 11, 2016

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT COURT OF KENTUCKY
 3                  CENTRAL DIVISION AT LEXINGTON
 4       - - - - - - - - - - - - - - - X
 5       JOHN HANSON,                    :
 6            Plaintiff,                 :
 7               v.                      :
 8       MADISON COUNTY DETENTION        :
 9       CENTER, et al.,                 :  Case No.
10            Defendants/                :  5:14-cv-00099-REW
11            Third-Party Plaintiffs,    :
12               v.                      :
13       JERZEES, LLC, et al.,           :
14            Third-Party Defendants.    :
15       - - - - - - - - - - - - - - - X
16                               Washington, D.C.
17                               Thursday, February 11, 2016
18                Deposition of E. EUGENE MILLER, a witness
19       herein, called for examination by counsel for the
20       Madison County Defendants in the above-entitled
21       matter, pursuant to notice, the witness being duly
22       sworn by REBECCA L. STONEROCK, a Notary Public in and
```

EXHIBIT 23

E. Eugene Miller  February 11, 2016

Washington, D.C.

Page 137

1  Q.  Mr. Miller, my name is Todd Osterloh and I
2  represent the City of Richmond as well as the three
3  Richmond police officers that have been brought into
4  this case. And I just -- I know earlier you
5  confirmed to questioning by Mr. Stilz that we had
6  discussed -- or had an exhaustive list of your
7  opinions rendered in this case, as you've testified,
8  and I just want to make sure that I have that list
9  written down correctly.
10         And I guess starting with your written
11  opinions that have been marked as Exhibit 2 to your
12  deposition, at the very end you mention that there
13  are three specific violations of generally accepted
14  practices.
15         And so while I was going through your
16  written report, the three that I have marked at
17  least -- and correct me if I'm wrong -- one being
18  that there was, in your words, no rational
19  justification by Deputy Staggs for the initial use of
20  force on John Hanson. Two, that the jail staff did
21  not give Mr. Hanson a bathroom break with a
22  sufficient amount of time, and also that the jail

E. Eugene Miller

Washington, D.C.

February 11, 2016

Page 138

1  staff teased and taunted him, Mr. Hanson that being.
2  And third, that there was an excessive use of Taser
3  on Mr. Hanson.
4         Is that the three that you were referring
5  to?
6     A.   Yes.
7     Q.   Okay. And then during this deposition you
8  mentioned that you had some additional opinions to
9  render that have come to you recently, I guess. And
10 I have listed five, those five being: Number one,
11 Deputy Staggs went immediately to Mr. Hanson's
12 throat; number two, that the deputy jailers used
13 inappropriate language; number three, that there was
14 a failure to train the detention center jail staff;
15 number four, that Deputy Jailer Napier was not
16 properly certified or was not certified to use the
17 Taser; and number five regarding a choke hold by
18 Deputy Whitaker. Is that accurate?
19    A.   Yes.
20    Q.   And did I miss any opinions that you
21 intend to render in this case?
22    A.   I don't believe so.